```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/29/2022___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

LIDIA HERNANDEZ,

                        Plaintiff,                                    **22-CV5209 (ALC) (KHP)**

            -against-                                                 **ORDER**

BROADWAY PARK LAUDROMAT INC.,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed in the November 29, 2022 case management conference, the Court orders

the following:

- Plaintiff shall file an amended complaint by **December 19, 2022**.  The deadline for

  Defendants to answer or move to dismiss is **January 31, 2023**.  No pre-motion

  conference is required.

- In the event that Defendants move to dismiss, the Plaintiff shall have 14 days to

  respond, and the Defendant will then have 7 days to reply.

- By **December 6, 2022**, Defendants shall produce to Plaintiff sufficient business tax

  information to show gross revenues for calendar years 2018-2021 to allow Plaintiff to

  assess Defendants' contention that Broadway Park Laundromat, Inc. does not meet

  the jurisdictional threshold  for stating a claim under the FLSA.

- Plaintiff shall provide initial disclosures by **December 19, 2022**.  Defendants shall

  produce initial disclosures by **December 30, 2022**.

- All discovery shall be completed by **April 28, 2023**.

- By **January 6, 2023**, the parties shall file a status updating the Court on discovery.

**SO ORDERED.**

DATED:      New York, New York
            November 29, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge