UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/2023

LIDIA HERNANDEZ

    Plaintiff,

-versus-

BROADWAY PARK LAUNDROMAT INC and
IGOR BIRZH

    Defendants.
—————————————————————x

**JUDGMENT PURSUANT TO RULE 68**

1:22-cv-05209-ALC-KHP

**WHEREAS,** on June 21, 2022 Plaintiff Hernandez filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on December 6$^h$, 2022, pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of Plaintiff Hernandez and

**WHEREAS,** on December 7, 2022, Plaintiff Hernandez accepted defendants' offer

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendants shall pay Plaintiff Hernandez the total sum of Thirteen Thousand Dollars ($5,000), pursuant to the Rule 68 Offer of Judgment.

2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Hernandez may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any official, employee, or agent, either past or present, of Defendants or any management company or agency or affiliate thereof, in connection with the facts and circumstances that are the subject of this action.

3. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any Defendant, or an official, manager, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that Plaintiff has suffered any damages.

4. Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, management companies and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Hernandez in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff Hernandez's rights to any claim for costs, attorneys' fees, or pre- or post-interest on the amount of the Judgment.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 1/12/2023