```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**HERNANDEZ,**

        **Plaintiff,**

-against-

**BROADWAY PARK LAUNDROMAT and IGOR BIRZH.,**

        **Defendants.**

**22-cv-05209 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

On January 12, 2023, the Court entered a judgement pursuant to Rule 68 in the above-captioned matter. ECF No. 28. In the Plaintiff's Notice filed on December 12, 2022, Plaintiff explained that the Defendants' offer of judgment stated that "judgment shall be entered in the amount of $5,000 for Plaintiff's damages." ECF No. 26.

The Plaintiff's proposed judgment, however, contains a numerical error in the first paragraph. The Court hereby rescinds the entered judgement. The parties are **ORDERED** to file a revised proposed judgment on or by **January 30, 2023**.

**SO ORDERED.**

Dated:    **January 26, 2023**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**