UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────X

LIDIA HERNANDEZ

        Plaintiff,

    -versus-

BROADWAY PARK LAUNDROMAT INC and
IGOR BIRZH

        Defendants.

───────────────────────────────x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/2/2023

**JUDGMENT PURSUANT TO RULE 68**

22-CV-05209 (ALC)

**WHEREAS,** on June 21, 2022 Plaintiff Hernandez filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on December 6th, 2022 pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiffs an Offer of Judgment in favor of Plaintiff Hernandez and

**WHEREAS,** on December 7, 2022 Plaintiff Hernandez accepted defendants' offer

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendants shall pay Plaintiff Hernandez the total sum of Five Thousand Dollars ($5,000), pursuant to the Rule 68 Offer of Judgment.

2. This amount of $5,000 is inclusive of Plaintiff Hernandez's attorneys' fees, expenses and costs to the date of the offer.

3. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Hernandez may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

4. The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any defendant, or an official, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that plaintiff has suffered any damages.

5. Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Hernandez in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff Jerez's rights to any claim for interest on the amount of the judgment.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2023